In the Matter of the Application for Ancillary Letters Testamentary of the Last Will and Testament of ROBERT BENTLEY, Deceased.— Motion to dismiss

---

* Appeal dismissed, 255 N. Y. 643.

appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 19, 1930, with notice of argument for January 6, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.